ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA 2006 APR 13  AM 8: 27

DUBLIN DIVISION

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DUANE MIGUEL CHRISTIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 306-017 |
| | ) | |
| MICHAEL PUGH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the petition is **DISMISSED**, this civil action is **CLOSED**, and a final

judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 13 day of April, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE